Yang & Wang, P.C.
Tommy SF Wang SBN: 272409
Andrew J. Wei SBN: 293787
355 S. Grand Ave., Ste. #2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Fax: (888) 827-8880
Email: twang@yangwanglaw.com; awei@yangwanglaw.com

Attorneys for Plaintiff
JAT WHEELS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC., a California Corporation d/b/a STR RACING,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Wheel Supply Systems, Inc., a Nevada Corporation; and DOES 1-10, collectively,<br>　　　　　Defendant. | Case No.: 2:14−cv−05512−SJO−AJW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. S. James Otero<br><br>Action Filed: July 16, 2014 |

**PLEASE TAKE NOTICE** that Plaintiff JAT WHEELS, INC. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants WHEEL SUPPLY SYSTEMS, INC., and DOES 1-10, (collectively, "Defendants").

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

　　*(1) By the Plaintiff.*

*(A) Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED: November 13, 2014  **YANG & WANG, P.C.**

BY:

/s/Tommy SF Wang
_____
Tommy SF Wang
Yang & Wang P.C.

Attorneys for Plaintiff
JAT WHEELS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

WHEEL SUPPLY SYSTEMS, INC.
168 N MASON WAY
CITY OF INDUSTRY CA 91746

_____
Elizabeth Yang